No. 78–699.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* MATTERN.  C. A. 3d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–5504.  TAMILIO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–6058.  SINK *v.* UNITED STATES; and

No. 78–6088.  GRIM *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would grant certiorari.  Reported below: 586 F. 2d 1041.

No. 78–6076.  DeSANTIS *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.  MR. JUSTICE STEWART would grant certiorari.

No. 78–6150.  MINER *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–6319.  GUZMAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.  MR. JUSTICE MARSHALL would grant certiorari.

No. 78–6518.  McKENZIE *v.* MONTANA.  Sup. Ct. Mont. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.